```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02801-RNO
Michelle Nicole Archie                                              Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh              Page 1 of 1          Date Rcvd: Aug 24, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db             +Michelle Nicole Archie,    3840 Durham Road,    Harrisburg, PA 17110-1525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Michelle Nicole Archie DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust
               2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal pamb@fedphe.com
              Kara Katherine Gendron    on behalf of Debtor Michelle Nicole Archie karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Mario John Hanyon    on behalf of Creditor    US Bank National Association, As Trustee For etal
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michelle Nicole Archie f/k/a Michelle Nicole Carelock<br>_Debtor_ | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11<br>_Movant_<br>vs.<br>Michelle Nicole Archie f/k/a Michelle Nicole Carelock<br>_Debtor_<br>Charles J. DeHart, III<br>_Trustee_ | NO. 16-02801 RNO<br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: August 24, 2017