```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-02801-RNO
Michelle Nicole Archie                                            Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh            Page 1 of 1           Date Rcvd: Sep 18, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db             +Michelle Nicole Archie,   3840 Durham Road,   Harrisburg, PA 17110-1525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Michelle Nicole Archie DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust
               2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For
               etal pamb@fedphe.com
              Kara Katherine Gendron    on behalf of Debtor Michelle Nicole Archie karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Mario John Hanyon    on behalf of Creditor   US Bank National Association, As Trustee For etal
               pamb@fedphe.com
              Thomas  Song    on behalf of Creditor   US Bank National Association, As Trustee For etal
               thomas.song@phelanhallinan.com, tomysong@hotmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
MICHELLE NICOLE ARCHIE :
fka Michelle Nicole Carelock : CASE NO. 1:16-bk-02801
   Debtor :
:
:

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtor is granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

By the Court,

Dated: September 18, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)