Certificate Number: 13858-PAM-DE-031560088

Bankruptcy Case Number: 16-02801



13858-PAM-DE-031560088

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2018</u>, at <u>10:44</u> o'clock <u>AM EDT</u>, <u>Michelle Archie</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 3, 2018</u>          By:      <u>/s/Omar Silva</u>

                                        Name:  <u>Omar Silva</u>

                                        Title:   <u>Counselor</u>