IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHELLE NICOLE ARCHIE | : | |
| fka Michelle Nicole Carelock, | : | CASE NO. 1:16-bk-02801 |
|     Debtor | : | |
| | : | |
| MICHELLE NICOLE ARCHIE | : | |
| fka Michelle Nicole Carelock, | : | |
|     Movant | : | |
| v. | : | |
| DEUTSCHE BANK, NATIONAL TRUST | : | OBJECTION TO CLAIM # 10 |
| COMPANY, as Trustee for First Franklin | : | |
| Mortgage Loan Trus 2006-FF11, | : | |
| Mortgage Pass-Through Certificates, | : | |
| Series 2006-FF11, as serviced by | : | |
| SPECIALIZED LOAN SERVICING LLC, | : | |
|     Respondent/Claimant | : | |

**WITHDRAWAL OF OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES RE PROOF OF CLAIM #10**

COMES NOW the Debtor, by and through attorney Dorothy L. Mott, Esquire and withdraws the Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges.

1. The Debtor withdraws the objection filed on July 13, 2018.

2. Counsel for the Respondent, James Warmbrodt, Esquire, concurs in the withdrawal.

                                                    Respectfully submitted,

                                                    /s/ Dorothy L. Mott

                                                    _____
                                                    Dorothy L. Mott, Esquire
                                                    Mott & Gendron Law
                                                    125 State Street
                                                    Harrisburg, PA 17101
                                                    717.232.6650 Tel
                                                    717.232.0477 Fax
                                                    doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHELLE NICOLE ARCHIE | : | |
| fka Michelle Nicole Carelock, | : | CASE NO. 1:16-bk-02801 |
| Debtor | : | |
| | : | |
| MICHELLE NICOLE ARCHIE | : | |
| fka Michelle Nicole Carelock, | : | |
| Movant | : | |
| v. | : | |
| DEUTSCHE BANK, NATIONAL TRUST | : | OBJECTION TO CLAIM # 10 |
| COMPANY, as Trustee for First Franklin | : | |
| Mortgage Loan Trus 2006-FF11, | | |
| Mortgage Pass-Through Certificates, | | |
| Series 2006-FF11, as serviced by | | |
| SPECIALIZED LOAN SERVICING LLC, | | |
| Respondent/Claimant | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 24, 2018</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| **Name and Address** | **Mode of Service** |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036<br>dehartstaff@pamd13trustee.com | Electronically |
| JAMES WARMBRODT, ESQ<br>JWarmbrodt@kmllawgroup.com<br>Attorney for Respondent | Electronically |

I certify under penalty of perjury that the foregoing is true and correct.

/s/Dorothy L Mott

_____

Dorothy L Mott, Esquire
Atty ID #43568
Dorothy L. Mott Law Office, LLC
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com