**Fill in this information to identify the case:**

Debtor 1: Michelle Nicole Archie a/k/a Michelle Nicole Carelock

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of Pennsylvania
(State)

Case Number: 1:16-02801 HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g). the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-Efc4

**Court Claim No.** (if known): 14

**Last 4 digits of** any number you use to identify the debtor's account: 9269

**Property Address:**
3840 Durham Road
Harrisburg, PA 17110

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **December 1, 2018**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $0.00

Form 4100R **Response to Notice of Final Cure Payment** page **1**

| | | | |
|---|---|---|---|
| Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: | | | |
| Debtor 1 | Michelle Nicole Archie  a/k/a Michelle Nicole Carelock<br>First name    Middle Name    Last name | Case number (*if known*) | 1:16-02801 HWV |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Mario J. Hanyon, Esquire    Date November 6, 2018
Signature

Print: Mario J. Hanyon, Esq., Id. No.203993    Title: Attorney for Plaintiff
First Name    Middle Name    Last Name

Company: Phelan Hallinan Diamond & Jones, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza
Number    Street

Philadelphia, PA 19103
City    State    ZIP Code

Contact Phone: 215-563-7000    Email: mario.hanyon@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Michelle Nicole Archie a/k/a Michelle Nicole Carelock   Debtors | : | BK. No. 1:16-02801 HWV |
| | : | Chapter No. 13 |
| U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-Efc4 | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| Michelle Nicole Archie a/k/a Michelle Nicole Carelock   Respondents | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

      I certify under penalty of perjury that I served or caused to be served the above captioned Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list on <u>November 6, 2018</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

Service by Electronic Notification

Charles J. Dehart, III, Esquire (TRUSTEE)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Kara Katherine Gendron, Esquire
125 State Street
Harrisburg, PA 17101

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17108

Service by First Class Mail

Michelle Carelock
3840 Durham Road
Harrisburg, PA 17110

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

           <u>/s/ Mario J. Hanyon, Esquire</u>
           Mario J. Hanyon, Esq., Id. No.203993
           Phelan Hallinan Diamond & Jones, LLP
           1617 JFK Boulevard, Suite 1400
           One Penn Center Plaza
           Philadelphia, PA 19103
           Phone Number: 215-563-7000 Ext 31340
           Fax Number: 215-568-7616
           Email: mario.hanyon@phelanhallinan.com

November 6, 2018